IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 1:08-cv-00060-MP-AK

NEW YORK LIFE INSURANCE COMPANY,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on a Telephone Status Conference held on Tuesday, July 8, 2008. During the conference, the parties agreed on a deadline for filing the joint report. Accordingly, the parties shall file the joint report no later than Friday, July 11, 2008.

**DONE AND ORDERED** this   *9th* day of July, 2008

       *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge