IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELISSA ANDERSON-BARNES,

    Plaintiff,

v.        CASE NO. 1:08-cv-00060-MP-AK

NEW YORK LIFE INSURANCE COMPANY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 62, Second Amended Report of Rule 26(f) Planning Meeting, filed by the parties. In their report, the parties represent that they were unable to agree on dates for various discovery deadlines. Plaintiff has proposed that the deadline for all discovery be set to May 1, 2009, and Defendant has proposed that it be set to August 31, 2009. On Wednesday, January 7, 2009, the Court held a telephonic hearing to discuss the matter. As stated at the hearing, the Court approves of and adopts the agreed upon portions of the report as submitted by the parties. The Clerk is directed to set the appropriate deadlines therein and to set the deadline for the completion of all discovery to August 31, 2009.

    **DONE AND ORDERED** this _7th_ day of January, 2009

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge