IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELISSA ANDERSON-BARNES,

    Plaintiff,

v.                                      CASE NO. 1:08-cv-00060-MP-AK

NEW YORK LIFE INSURANCE COMPANY,

    Defendant.

_____/

**O R D E R**

    This matter is before the Court on Doc. 68, Motion to Extend Time to Disclose Experts by Melissa Anderson-barnes.  The motion, which is unopposed, is granted.  The deadline for disclosing of Plaintiff's experts is extended through April 1, 2009.  The deadline for Defendant to disclose its experts is extended to May 1, 2009.  The Clerk is directed to extend the dates for disclosing rebuttal experts accordingly.

    **DONE AND ORDERED** this  _27th_  day of January, 2009

                          *s/Maurice M. Paul*
                          Maurice M. Paul, Senior District Judge