IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELISSA ANDERSON-BARNES,

    Plaintiff,

v.                                                    CASE NO. 1:08-cv-00060-MP-AK

NEW YORK LIFE INSURANCE COMPANY,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 75, Stipulation of Dismissal with Prejudice by Melissa Anderson-Barnes. In the stipulation, the parties jointly request the Court to dismiss this cause with prejudice, with each side to pay its own costs and attorney's fees. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

This cause is dismissed with prejudice, with each side to pay its own costs and attorney's fees. The teleconference set for September 17, 2009 is canceled.

**DONE AND ORDERED** this _17th_ day of September, 2009

                              *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge